IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PB LUBE, INC. d/b/a AURORA OIL AND LUBE,<br>              *Plaintiff,*<br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. and SAFETY-KLEEN SYSTEMS, INC.,<br>              *Defendants.* | Case No.: 1:23−cv−16934<br>Honorable Gabriel A. Fuentes |

**THE PARTIES' JOINT MOTION TO DISMISS WITHOUT PREJUDICE
and PROPOSED DISMISSAL ORDER**

Now comes the parties to this litigation, PB LUBE, INC. d/b/a AURORA OIL AND LUBE, CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., and SAFETY-KLEEN SYSTEMS, INC., and for their Joint Motion to Dismiss without prejudice, states as follows:

1. The case has resolved in its entirety; the parties have resolved all claims and counter-claims, affirmative defenses, and issues regarding the instant matter.

2. A settlement release has been exchanged by the parties.

3. The parties request the Court dismiss this matter without prejudice, with leave to reinstate on or before October 17, 2024, to allow for compliance with the settlement terms.

4. On October 18, 2024, the case shall be deemed to be dismissed with prejudice without further order of Court, with each party to bear its own costs.

5. If reinstatement is required, the parties agree that they shall not seek to bar the others from reinstating based upon any statute, law, ordinance, or rule (for example and without limitation, 735 ILCS 5/13-217).

WHEREFORE, the parties to this litigation, PB LUBE, INC. d/b/a AURORA OIL AND LUBE, CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., and SAFETY-KLEEN

SYSTEMS, INC., now respectfully request this Court dismiss this matter without prejudice for the above stated reasons.

                Respectively Submitted,

                **LINDSAY, PICKETT & POSTEL, LLC**

           By: */s/ Christopher J. Pickett*

Christopher J. Pickett (ARDC # 6287096)
cpickett@lpplawfirm.com
312-596-7779
David S. Osborne (ARDC#6237821)
dosborne@lpplawfirm.com
312-800-6025
Steven A. Schuetz
sschuetz@lpplawfirm.com (ARDC #6293731)
**LINDSAY, PICKETT & POSTEL, LLC**
200 W. Madison St., Suite 3850
Chicago, Illinois 60606
*Attorneys for Plaintiff/Counter-defendant*
*PB Lube, Inc. d/b/a Aurora Oil and Lube*

| | |
|---|---|
| David M. Heilmann<br>dheilmann@clausen.com<br>312-855-1010<br>CLAUSEN MILLER P.C.<br>10 South LaSalle<br>Chicago, IL 60603 | **Respectfully submitted,**<br><br>By: */s/ David M. Heilmann*<br>  Attorney for Defendants, CLEAN<br>  HARBORS ENVIRONMENTAL<br>  SERVICES, INC. and SAFETY-KLEEN<br>  SYSTEMS, INC. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PB LUBE, INC. d/b/a AURORA OIL AND LUBE,<br>    *Plaintiff,*<br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. and SAFETY-KLEEN SYSTEMS, INC.,<br>    *Defendants.* | Case No.: 1:23−cv−16934<br>Honorable Gabriel A. Fuentes |

**PROPOSED ORDER**

  This Cause coming to be heard before the Court on the Plaintiff's and Defendants' Joint Motion to Dismiss without prejudice and it appearing to the Court that the said entire cause has been settled by the Parties.

  IT IS HEREBY ORDERED, adjudicated and decreed that the above-entitled cause be and the same is hereby dismissed without prejudice, with each party to bear its own costs. It is further Ordered that all parties are given leave to reinstate on or before October 17, 2024, to allow for compliance with the settlement terms. On October 18, 2024, the case shall be deemed to be dismissed with prejudice without further order of Court, with each party to bear its own costs.

        ENTER

        _____
        COURT